NATHAN MAGIDA et al., Respondents, *v.* TITLE GUAR-
ANTEE AND TRUST COMPANY, Appellant.

(Argued December 7, 1933; decided January 9, 1934.)

*Clarence B. Plantz, William B. Ewing* and *Maurice E. McLoughlin, Jr.*, for appellant.

*Charles J. McDermott, W. Irving Taylor* and *Samuel Flatow* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: KELLOGG, J. Not voting: POUND, Ch. J.